## MAY TERM, 1767.

### TASKER et al. vs. RIDGELY.

TRESPASS Q. C. F. into a tract of land called *Comb's Adventure*, lying in Baltimore county.

The plaintiffs at the trial gave in evidence to the jury, that the plaintiffs, in October 1761, by *Richard Croxall* their agent and manager of their iron works, let the tract of land above mentioned, by parol lease, to one *James Rogers*, at and for the rent of 40 shillings by the year. That the said *Rogers* entered and held possession until July 1763. That he paid the reserved rent for one year ending in October 1762. That the said lease did not end till the 22d of October 1763. That in July 1763, the said *Rogers* permitted the defendant, with Capt. *Noel* and *Edward Norwood*, to come upon the said land, and the said *Norwood* claimed the said land as his right. That the defendant before that time, on the same day, had told the said *Rogers* that the right of the said land was in the said *Norwood*, and advised him to give the said land up to him, being present when the said *Norwood* claimed the same. That the defendant, *Norwood* and *Noel*, then went in company upon the said land, in which, &c. with the consent and permission of the said *Rogers*, and then the said *Rogers* gave and delivered up possession of the said land to the said *Norwood*. That the defendant afterwards requested *Emanuel Teal*, (a witness,) to meet the said *Norwood*, as a favour to himself, as he, *Teal*, understood they intended to raise ore. That in consequence thereof, in July or August 1763, he went upon the land, in which, &c. and with the servants of the said *Norwood*, at *Norwood's* request, raised ore on the place in which, &c. two or three days, though he, *Teal*, never saw the defendant at the place where he was raising ore whilst he was about it. That after all the said matters done, and before the bringing of this suit, and before the determination of the said lease, the said *Croxall*, by the direction of one of the plaintiffs, entered into the said close, in which, &c. claiming the same for the

MAY 1767.
Tasker
vs.
Ridgely.

plaintiffs. That the said *Norwood*, at the time of the entry of the said *Croxall* by the command as aforesaid, was then in possession of the said tract of land, and had continued in possession thereof from the time of the delivery of the possession aforesaid to him by the said *Rogers*, and does still continue in possession of the same; and that the defendant, when upon the said land, was not seen to meddle with the effects, nor to commit any trespass upon the same. That the said *Rogers*, by virtue of the said lease, actually possessed the said land, and continued possession, paying rent as aforesaid, till he delivered the possession as aforesaid to the said *Norwood*.

But the defendant objected; AND THE COURT were of opinion, and so declared their opinion to be, that the plaintiffs had not proved a sufficient title to maintain their said action.

The plaintiffs excepted, &c. *Verdict* and *Judgment* for the defendant.

*Johnson*, for the Plaintiffs.

*Chase*, for the Defendant.

The plaintiffs appealed to the Court of Appeals; and the judgment of the Provincial Court was *reversed* in the Court of Appeals at February Term 1771.